IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Victoria Carpenter and Benjamin Carpenter<br><br>Debtors<br><br>Victoria and Benjamin Carpenter,<br>Movant<br><br>v.<br><br>Carnegie Mellon University,<br>Respondent(s) | Bankruptcy No. 24-23072<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER/LOCAL FORM 12

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 17, 2025.

CMU HR Services<br>
Office of Human Resources<br>
4516 Henry Street<br>
Pittsburgh, PA 15213

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Fax.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: March 17, 2025

/s/ Patrick J. Best, Esq.
Patrick J. Best, Esq.
PA ID # 309732
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
Attorney for Debtors