IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Victoria Carpenter and Benjamin Carpenter,

    Debtor(s).

Victoria Carpenter,
    Movant(s),
v.

Discover Bank,
    Respondent(s).

: Case No. 24-23072-JCM
: Chapter 13

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDGMENT LIEN (Docket #25)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 10, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 29, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 3/31/2025

By: /s/ Patrick J. Best
Signature
Patrick J. Best
Name of Filer - Typed
18 N. 8th Street Stroudsburg PA 18360
Address of Filer
patrick@armlawyers.com
Email Address of Filer
570-420-7431
Phone Number of Filer
PA ID # 309732
Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**