# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Victoria R. Carpenter ) | Case No. 24-23072-JCM |
| Benjamin M. Carpenter ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Patrick J. Best, Esquire, and substitute the appearance of Lauren E. Beal, Esquire, in the above referenced matter.

Respectfully submitted,

/s/ Patrick J. Best
Patrick J. Best, Esq.
PA ID # 309732
ARM Lawyers
18 N. 8th Street
Stroudsburg PA 18360
570-420-7431
patrick@armlawyers.com

/s/ Lauren E. Beal
Lauren E. Beal, Esq.
PA ID # 335706
ARM Lawyers
115 E. Broad Street
Bethlehem PA 18018
484-561-5998
lbeal@armlawyers.com