IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Victoria R. Carpenter
Benjamin M. Carpenter,

        Debtor(s).

Victoria R. Carpenter &
Benjamin M. Carpenter,   Movant(s)

N/A,

        Respondent

: Case No. 24-23072-JCM
: Chapter 13
:
:
: Related to Doc. No. 53

## ORDER SUBTITUTING ATTORNEY

Upon the motion of the Debtors and any response thereto, it is hereby ORDERED the Motion is Granted. Patrick J. Best, Esquire, is hereby withdrawn as counsel in this case. Lauren E. Beal, Esquire, is hereby substituted as counsel of record for the Debtors in this matter.

Dated: January 27, 2026

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
1/27/26 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-23072-JCM

Victoria R. Carpenter     Chapter 13

Benjamin M. Carpenter

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Jan 27, 2026     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Victoria R. Carpenter, Benjamin M. Carpenter, 408 N Home Ave, Pittsburgh, PA 15202-3033
        + Patrick Best, ARM Lawyers, 18 North 8th Street, Stroudsburg, PA 18360-1718

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Elizabeth Beal
    on behalf of Debtor Victoria R. Carpenter lbeal@armlawyers.com

Lauren Elizabeth Beal
    on behalf of Joint Debtor Benjamin M. Carpenter lbeal@armlawyers.com

Office of the United States Trustee

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 2 |

ustpregion03.pi.ecf@usdoj.gov

Patrick Best

on behalf of Joint Debtor Benjamin M. Carpenter patrickjbest+ECF@gmail.com
3956@notices.nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Patrick Best

on behalf of Debtor Victoria R. Carpenter patrickjbest+ECF@gmail.com
3956@notices.nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8