Form 143

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Victoria R. Carpenter
aka Victoria Kapp
Benjamin M. Carpenter**
   Debtor(s)

Bankruptcy Case No.: 24−23072−JCM

Chapter: 13
Docket No.: 55 − 54

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Patrick Best, Esq. has been removed as attorney from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 28, 2026

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 24-23072-JCM

Victoria R. Carpenter                                                                        Chapter 13

Benjamin M. Carpenter

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Jan 28, 2026    Form ID: 143    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Patrick Best, ARM Lawyers, 18 North 8th Street, Stroudsburg, PA 18360-1718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Elizabeth Beal | on behalf of Debtor Victoria R. Carpenter lbeal@armlawyers.com |
| Lauren Elizabeth Beal | on behalf of Joint Debtor Benjamin M. Carpenter lbeal@armlawyers.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 28, 2026 | Form ID: 143 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6